IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DOCKSIDE THREADING, INC.<br>    Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE<br>COMPANY<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:18-cv-00995-XR |

## JOINT ADR REPORT

Plaintiff Dockside Threading, Inc. and Defendant Liberty Mutual Insurance Company (collectively referred to as "the Parties") file this Joint ADR Report pursuant to the Court's Scheduling Order dated October 26, 2018.

**I.**

1. On October 26, 2018, the Court entered an order requiring the Parties to file "[a] report on alternative dispute resolution in compliance with Local Rule CV-88" by January 25, 2019.

2. Local Rule CV-88, entitled "Alternative Dispute Resolution," states, in relevant part:

> **(b)** **ADR Report.** Upon order of the court, the parties shall submit a report addressing the status of settlement negotiations, disclosing the identity of the person responsible for settlement negotiations for each party, and evaluating whether alternative dispute resolution is appropriate in the case. In the event the parties conclude that ADR is appropriate and agree upon a method of ADR and an ADR provider, they should identify both the method of ADR and the provider they have selected, the method by which the provider was selected, and how the provider will be compensated.

3. This Joint ADR Report was filed on or before January 25, 2019.

## II.

4. Pursuant to the Court's Scheduling Order dated October 26, 2018, and Local Rule CV-88, the Parties jointly state as follows:

    a.    **Status of Settlement Negotiations:** Settlement negotiations are ongoing and the Parties are diligently working toward early resolution of this case if possible. The parties agree that mediation is the preferred method of alternative dispute resolution in this case. The parties agree to mediate this case by March 26, 2019.

    b.    **Person(s) Responsible for Settlement Negotiations:**

> Matthew R. Pearson
> State Bar No. 00788173
> mpearson@gplawfirm.com
> Jonathan C. Lisenby
> State Bar No. 24072889
> jlisenby@gplawfirm.com
> 425 Soledad, Suite 600
> San Antonio, Texas 78205
> (210) 472-1111
> (210) 472-1110 – FAX
> **Counsel for Plaintiff**
>
> *Attorney-In-Charge for Plaintiff Dockside Threading, Inc.*
>
> And
>
> David R. Stephens
> State Bar No. 19146100
> dstephens@lstlaw.com
> Carol A. Jenson
> State Bar No. 10648500
> cjenson@lstlaw.com
> Lindow ▪ Stephens ▪ Treat LLP
> One Riverwalk Place
> 700 N. St. Mary's Street, Suite 1700
> San Antonio, Texas 78205
> (210) 227-2200
> (210) 227-4602 – FAX

**Counsel for Defendant**

*Attorney-In-Charge for Defendant Liberty Mutual Insurance Company*

c. **ADR is Appropriate:** The Parties have agreed that mediation of this case at this time is appropriate.  The parties will diligently work to choose a mediator and conduct mediation within approximately sixty (60) days.   The Parties further agree to bear their own costs for same.

5. This Joint ADR Report is timely filed.

## PRAYER

Plaintiff Dockside Threading, Inc. and Defendant, Liberty Mutual Insurance Company pray the Court approves this Joint ADR Report and for all other and further relief to which they are entitled.

Respectfully submitted,

**GRAVELY & PEARSON, L.L.P.**

_____
Matthew R. Pearson
State Bar No. 00788173
mpearson@gplawfirm.com
Jonathan C. Lisenby
State Bar No. 24072889
jlisenby@gplawfirm.com
425 Soledad, Suite 600
San Antonio, Texas 78205
(210) 472-1111
(210) 472-1110 - FAX

**ATTORNEYS FOR PLAINTIFF**

**AND**

**Lindow ▪ Stephens ▪ Treat LLP**

By: ＿＿/s/ David R. Stephens＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
David R. Stephens
State Bar No. 19146100
dstephens@lstlaw.com
Carol A. Jenson
State Bar No. 10648500
cjenson@lstlaw.com
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
(210) 227-2200
(210) 227-4602 – FAX

**ATTORNEYS FOR DEFENDANT**